Opinion issued February 15, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00758-CV

____________


AFRI-CARIB ENTERPRISES, INC., Appellant


V.


MABON LIMITED, Appellee






On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 2001-35881






MEMORANDUM OPINION

 Appellee, Mabon Limited, has filed a motion to dismiss the appeal as moot
because the temporary injunction being appealed has been dissolved. Appellant,
Afri-Carib, has joined appellee's motion to dismiss, also requesting dismissal of the
appeal as moot for the same reason. No opinion has issued. We grant appellee's
motion to dismiss the appeal as moot and deny all other relief requested by appellee.

 The Clerk is directed to issue mandate within 10 days of the date of this
opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.